**No. 42492.**—Protests 978258–G, etc., of M. Pressner & Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: Cigarette whistles and squawker balloons at 45 percent under paragraph 409, Abstracts 39509 and 40493 followed, and wooden lacquered cabinets at 33⅓ percent under paragraph 412. Abstract 37636 followed.

**No. 42493.**—Protest 968736–G of M. Pressner & Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 42494.**—Protests 960950–G, etc., of Louis Wolf & Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of cousel the rubber balls in question were held dutiable at 30 percent under paragraph 1402. *Bush* v. *United States* (T. D. 42546) and *United States* v. *Woolworth* (16 Ct. Cust. Appls. 421, T. D. 43136) followed.

**No. 42495.**—Protest 921711–G of New York Merchandise Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 (b) as claimed.

**No. 42496.**—Protest 756471–G of Sprouse Reitz Co. (Portland, Oreg.).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 as claimed.

**No. 42497.**—Protests 992410–G, etc., of Karl Guggenheim, Inc., et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of opera glasses similar to those the subject of *Woolworth* v. *United States* (C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was sustained.